UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOMRAJ SINGH,

Plaintiff,

v.

ASIANA AIRLINES, and DOES 1-25.

Defendants.

___________________________________/

No. C-14-05556 EMC

**ORDER TO SHOW CAUSE RE DECEASED PLAINTIFF**

On July 9, 2015, Defendants filed a Case Management Statement indicating that Mr. Somraj Singh, the *pro se* (and sole) Plaintiff in this action, recently died. Docket No. 28. Defendants have represented that the Plaintiff's estate has indicated there is no interest in pursuing this case. *Id.* Accordingly, Defendants ask the Court to take the upcoming Case Management Conference off calendar and to dismiss this action without prejudice. *Id.*

The Court hereby vacates all pending deadlines in this case, including the upcoming Case Management Conference set for August 6, 2015. However, the Court will not dismiss the action at this time. Rather, Plaintiff's estate or other authorized legal representative is **ORDERED** to show cause why this action should not be dismissed. In any filing, Plaintiff's authorized legal representative shall state whether they intend to prosecute this action on behalf of Singh's estate. If Plaintiff's estate intends to prosecute this action further, an authorized representative shall make an appearance before the Court.

Any response to this Order to Show Cause shall be filed with the Court no later than **forty-five (45) days** from the date of this Order. If no response is filed by that deadline, Defendants shall notify the Court, which will then dismiss the action and close this case. Defendants are **ORDERED**

United States District Court
For the Northern District of California

to serve a copy of this Order on Mr. Singh's estate and the "attorney representing Mr. Singh's daughter in probate proceedings" referred to in Defendant's Case Management Statement. Such service must be effectuated within ten (10) days of the date of this Order. Defendant shall file proof of service with the Court.

IT IS SO ORDERED.

Dated: July 10, 2015

EDWARD M. CHEN
United States District Judge