G. SCOTT HAISLET, SBN: 184737
MICHAEL T. BEUSELINCK, SBN: 251991
LAW OFFICE OF G. SCOTT HAISLET
986 Moraga Road
Lafayette, California 94549
Telephone: (925) 283-1031
Facsimile: (925) 283-3850

Attorneys for SUPREET KAUR
Personal Representative of Plaintiff SOMRAJ SINGH's Estate

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMRAJ SINGH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASIANA AIRLINES, INC., a foreign corporation, and DOES 1-25,<br><br>Defendants. | Case No. C-14-05556-EMC<br><br>STIPULATED REQUEST FOR VOLUNTARY DISMISSAL [FRCP 41(a)(1)(A)(ii)]; ORDER THEREON |

   WHEREAS, Plaintiff and Defendant ASIANA AIRLINES, INC., the remaining parties in this action, have agreed to stipulate to a voluntary dismissal pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii);

   WHEREAS, the parties further agree that an order dismissing with prejudice any claims between Plaintiff and Defendant, including any claims for attorneys' fees, statutory or otherwise, and/or costs, in this civil action is appropriate;

   THEREFORE, it is hereby stipulated and agreed to, by and between the parties, that all hearings and appearances be removed from the Court's calendar and a voluntary dismissal, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), be entered by the Court as to Plaintiffs' claims, including

Case3:14-cv-05556-EMC Document37 Filed09/23/15 Page2 of 2

1  the dismissal with prejudice of any claims between the parties, including any claims for attorneys' fees,
2  statutory or otherwise, and/or costs, in this civil action.

LAW OFFICE OF G. SCOTT HAISLET

Dated: September 21, 2015

/s/ Michael T. Beuselinck
G. SCOTT HAISLET
MICHAEL T. BEUSELINCK
Attorneys for Personal Representative of
Plaintiff SOMRAJ SINGH's Estate
SUPREET KAUR

CONDON & FORSYTH LLP

Dated: September 22, 2015

JENNIFER J. JOHNSTON
IVY L. NOWINSKI
MICHAEL CUTLER
Attorneys for Defendant
ASIANA AIRLINES, INC.

IT IS SO ORDERED

_____
EDWARD M. CHEN, U.S. DISTRICT JUDGE

9/24/2015
Date

2

STIPULATED REQUEST FOR VOLUNTARY DISMISSAL [FRCP 41(a)(1)(A)(ii)]